UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
WINGFIELD, JENNIFER LYNN

Case No.: 17-35547-JNP  
Chapter: 7  
Judge: Jerrold N. Poslusny, Jr.

## NOTICE OF PROPOSED ABANDONMENT

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | Clerk, US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Jerrold N. Poslusny, Jr. on   March 13, 2018, at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No.  4C  . (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 18 AINSWORTH LANE, SICKLERVILLE NJ 08081<br>(FMV $148,000.00) |
|---|---|

| Liens on property: | $155,722.00- QUICKEN LOANS |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:        Andrew Sklar, Chapter 7 Trustee

Address:     1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:  
Jennifer Lynn Wingfield  
    Debtor

Case No. 17-35547-JNP  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 1    Date Rcvd: Feb 08, 2018  
                    Form ID: pdf905    Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 10, 2018.
```
db             +Jennifer Lynn Wingfield,    18 Ainsworth Lane,    Sicklerville, NJ 08081-1764
517240837       Capital One Bank, NA,    PO Box 6492,    Carol Stream, Il 60197-6492
517240839      +Jeffrey F. Dragon & Associates, PA,    1842 Route 70 East,    Cherry Hill, NJ 08003-2027
517240841       Quicken Loans,    PO Box 6577,    Carol Stream, IL 60197-6577
517240842      +Rachel Lefkowitz,    8 Ramon Lane,    Lakewood, NJ 08701-3660
517240843      +Ricardo Santell,    18 Ainsworth Lane,    Sicklerville, NJ 08081-1764
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 08 2018 22:27:00     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 08 2018 22:26:57     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517240838      +E-mail/PDF: creditonebknotifications@resurgent.com Feb 08 2018 22:24:00      Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
517240840      +E-mail/Text: ext_ebn_inbox@navyfederal.org Feb 08 2018 22:27:36      Navy Federal Credit,
                 PO Box 3500,    Merrifield, VA 22119-3500
517244983      +E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:24:21      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517240844       E-mail/PDF: gecsedi@recoverycorp.com Feb 08 2018 22:23:28      WALMART/SYNCHRONY BANK,
                 PO BOX 530927,    ATLANTA GA 30353-0927
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Rachel Lefkowitz,    8 Ramon Lane,    Lakewood, NJ 08701-3660
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2018 at the address(es) listed below:
```
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Helene Bonnie Raush    on behalf of Creditor Rachel   Lefkowitz hraush@hgllclaw.com,
               aholmes@hgllclaw.com
              Jeffrey F. Dragon    on behalf of Debtor Jennifer Lynn Wingfield bankruptcy@jeffdragonlaw.com
              Rebecca Ann Solarz    on behalf of Creditor   Quicken Loans Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```